■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS GONZALEZ, Appellant. [694 NYS2d 3] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered March 5, 1996, convicting defendant, after a jury trial, of murder in the second degree, robbery in the first degree, criminal possession of a weapon in the second degree (two counts) and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 25 years to life, 10 years to life, 8 years to life, 8 years to life, and one year, respectively, unanimously affirmed.

The court's predeliberation jury instruction, which defendant characterizes as an "*Allen* charge", properly addressed the general nature of the deliberative process and encouraged the jurors to discuss and share their views (*see, People v Bowen*, 134 AD2d 356, 356-357, *lv denied* 70 NY2d 929). Although the court did not expressly instruct the jury, as requested by defendant, that each juror was to maintain conscientiously held beliefs, this does not warrant reversal (*People v Ford*, 78 NY2d 878). Viewed as a whole, the charge was neutral, balanced and noncoercive. Concur—Nardelli, J. P., Williams, Tom, Wallach and Andrias, JJ.